UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Scott Traudt

        v.        Civil No. 10-cv-00012-JL

Roberts et al

## O R D E R

Approved and adopted as a pretrial scheduling order with modifications set forth herein. The following must be filed on or before November 19, 2012: disclosure of claims against unnamed parties, joinder of additional parties, third-party actions, and amendment of pleadings. Parties shall be limited to a maximum of 12 depositions. Each deposition shall last no longer than 7 hours, unless extended by agreement. Trial scheduled for the two-week trial period beginning August 7, 2013.

SO ORDERED.

July 26, 2012                    /s/ *Landya B. McCafferty*
                                    Landya B. McCafferty
                                    United States Magistrate Judge

cc:    Scott Traudt, Pro se
       Charles P. Bauer, Esq.